UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:99-CR-494-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHELLE HENDERSON PAGE ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#44) on November 20, 2000.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $6,441.21

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $4,000.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $4,558.79

Name of Payee: FIRST SECURITY BANK
Amount of Restitution: $61,833.55

**Total Amount of Restitution ordered:** $76,833.55

Dated this ____9____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE